**SLIP OP 12 -**70

# UNITED STATES COURT OF INTERNATIONAL TRADE

<table>
<tr>
<td>
RACK ROOM SHOES, SKIZ IMPORTS LLC, and FOREVER 21, INCORPORATED,<br><br>
        PlaintiffS,<br><br>
           v.<br><br>
UNITED STATES,<br><br>
        Defendant.
</td>
<td>
Before: Donald C. Pogue, Chief Judge<br>
        Jane A. Restani, Judge<br>
        Judith M. Barzilay, Sr. Judge.<br><br>
Consol. Court No. 07-00404
</td>
</tr>
</table>

## MEMORANDUM AND ORDER

[Plaintiff's motion for reconsideration is denied.]

Dated: June 1, 2012

John M. Peterson, George W. Thompson, Maria E. Celis, Russell A. Semmel, and Richard F. O'Neill, Neville Peterson LLP, of New York, NY, for the Plaintiff, Rack Room Shoes.

Michael T. Cone, McCullough Ginsberg Montano & Partners LLP, of New York, NY, for the Plaintiff, SKIZ Imports LLC.

Damon V. Pike, The Pike Law Firm P.C., of Decatur, GA, for the Plaintiff, Forever 21, Inc.

Tony West, Assistant Attorney General, Commercial Litigation Branch, Civil Division, United States Department of Justice, of Washington, DC, for the Defendant. With him on the briefs were Jeanne E. Davidson, Director; Reginald T. Blades, Jr., Assistant Director, and Aimee Lee, Trial Attorney. Of counsel on the briefs were, Yelena Slepak, Office of Assistant Chief Counsel, International Trade Litigation, United States Customs and Border Protection, and Leigh Bacon, Office of the General Counsel, United States Trade Representative.

**Pogue, Chief Judge**: In this action, Plaintiff Rack Room

Shoes, Inc. ("Rack Room"), together with other United States

importers, allege, in their Amended Complaints, that certain glove, footwear and apparel tariff classifications violate the Equal Protection Clause of the Constitution.  U.S. Const. amend. XIV, § 1, cl. 2.  The court dismissed the complaints in <u>Rack Room Shoes v. United States</u>, 36 CIT __, 821 F. Supp. 2d 1341 (2012)(dismissing for failure to state a plausible claim of intent to discriminate).[1]

Rack Room, pursuant to USCIT Rule 59, now seeks reconsideration of the court's dismissal.[2]  Rack Room asserts that there was legal error in the court's 1) failure to make necessary findings of fact, and 2) failure to articulate the applicable pleading standard or reconcile such a standard with USCIT Rule 9(b).

Because Rack Room's assertions are incorrect, as explained below, its motion for rehearing is denied.

**STANDARD OF REVIEW**

The court will grant a rehearing when there has been: "1) an error or irregularity, 2) a serious evidentiary flaw, 3) the discovery of new evidence which even a diligent party could not have discovered in time, or 4) an accident, unpredictable

---

[1] Familiarity with the court's earlier opinion is presumed.

[2] USCIT Rule 59 provides that a "court may . . . grant a . . . rehearing for any reason for which a rehearing has heretofore been granted in a suit in equity in federal court."

surprise or unavoidable mistake which impaired a party's ability to adequately present its case." See, e.g., Target Stores v. United States, 31 CIT 154, 156, 471 F. Supp. 2d 1344, 1347 (2007). However, the court does not grant a motion for rehearing merely to permit the losing party another chance to re-litigate the case. USEC, Inc. v. United States, 25 CIT 229, 230, 138 F. Supp. 2d 1335, 1336 (2001). Rather, the moving party must show that the court committed a "fundamental or significant flaw" in the original proceeding. Id.

### DISCUSSION

Rack Room first asserts that the court failed to make necessary findings of fact with regard to each provision of the Harmonized Tariff Schedule of the United States ("HTSUS") challenged in the prior proceeding. Specifically, Rack Room claims that the court failed to find that each challenged provision was not facially discriminatory before proceeding to dismiss the case.[3]

But classification is an inherent part of the HTSUS and therefore a claim of facial discrimination in the HTSUS, specifically in classifications that include only a reference to age or gender, will be unavailing. Leathers v. Medlock, 499 U.S.

---

[3] Plaintiffs have repeatedly, and incorrectly, conflated neutral classifications present throughout the HTSUS with the type of facial discrimination, arising from invidious intent, that is necessary to a finding of facial discrimination.

439, 451 (1991) ("Inherent in the power to tax is the power to discriminate in taxation."); Totes-Isotoner Corp. v. United States, 594 F.3d 1346, 1357, 1359 (Fed. Cir. 2010), cert. denied, 131 S. Ct. 92 (2010), ("[W]e . . . cannot assume that this differential treatment of different goods is invidious.")(Proust, J., concurring)(noting also that gender- or age-based tariff classifications which impose burdens on importers rather than "gender- or age-based classes of people" are not facially discriminatory).  Thus, no separate fact-finding step is necessary, with regards to each individual HTSUS subheading that the Plaintiff challenges, because the gender- and age-based classifications at issue, regardless of which specific subheading is referred to, are not facially discriminatory.[4]

Moreover, there is no difference in the form of the multiple classifications that Plaintiffs challenge.  Compare subheadings 4203.29.30 (men's gloves) and 4203.29.40 (gloves for "other persons"), which were challenged in Totes-Isotoner Corp. v. United States, 32 CIT 739, 569 F. Supp. 2d 1315 (2008), with 6403.99.60 (footwear for men, youths, and boys) and 6403.99.90 (footwear for women), which are among the many tariff subheadings

---

[4] Furthermore, as the government correctly notes, Plaintiffs overlook that this case was dismissed pursuant to USCIT Rule 12(b)(5).  Therefore, Plaintiffs' argument that we failed to make the necessary findings of fact under USCIT Rule 52(a)(1) must fail.

challenged by the Plaintiffs.  With regards to both

classifications, the first heading makes reference to the gender

or age of the intended user, then the classification further

distinguishes items by characteristics such as the presence of

lining, material, or simply states the name of the item.[5]  The

facial form of all challenged headings is the same.  See Appendix

A (listing all headings challenged by Plaintiffs).

Plaintiff's second alleged basis for reconsideration

asserts that the court overlooked USCIT Rule 9(b) when ruling

that Plaintiffs must plead sufficient facts to plausibly show

that Congress had an invidious intent to discriminate in adopting

the challenged HTSUS provisions.[6]   This claim also fails.

USCIT Rule 9(b) states that "[m]alice, intent,

knowledge, and other conditions of a person's mind may be alleged

---

[5] If anything, close examination of the subheadings reveals
that the intended user's gender and/or age is but one of many
factors taken into consideration when classifying imports.  Most
often, the provisions are concerned with the materials of which
the goods are made or the manufacturing process of the item,
e.g., knitted.  Moreover, these are not actual use provisions so
they create no requirement that the goods be used by purchasers
of a particular sex or age.  Accordingly, the reference to the
intended user's gender and age cannot be considered invidious
intent to discriminate.

[6] Plaintiff also claims, oddly, that the court failed to
articulate the pleading standard on which its prior decision was
based.  But our prior opinion states quite clearly that
Plaintiffs were required to allege sufficient facts to make out a
plausible claim of invidious intent to discriminate.  Rack Room
Shoes, 36 CIT at __, 821 F. Supp. 2d at 1346.  This claim,
therefore, is also unavailing.

generally." USCIT R. 9(b). It follows, certainly, that intent may be alleged generally. Nonetheless, Plaintiffs must also allege facts sufficient to raise a plausible claim. See, e.g., Bell Atlantic Corp. v. Twombly, 550 U.S. 544, 555 (2007); Totes-Isotoner, 594 F.3d at 1358 (holding that plaintiffs claiming discrimination are "required to allege facts sufficient to establish a governmental purpose to discriminate"). Rather than being mutually exclusive, as Plaintiffs seem to suggest, the now-familiar Twombly standard, with its threshold plausibility requirement, is supplemental to, and informs the application of, Rule 9(b). Accordingly, our dismissal of Plaintiffs' Amended Complaints for failure to state a plausible claim is not inconsistent with USCIT Rule 9(b).

## CONCLUSION

For the forgoing reasons, Plaintiff's motion for rehearing is denied.

So Ordered.

                                              /s/ Donald C. Pogue
                                         Donald C. Pogue, Chief Judge

Dated:    June 1, 2012
          New York, New York

## Appendix of challenged Tariff classifications[1]

|   | Imported Female Product | Imported Male Product |
|---|---|---|
| 1 | **Heading: 6403:** Footwear with outer soles of rubber, plastics, leather or composition leather and uppers of leather<br><br>**Subheading: 19.70:** Sports footwear, Other, For other persons, Other | **Heading: 6403:** Footwear with outer soles of rubber, plastics, leather or composition leather and uppers of leather<br><br>**Subheading: 19.40:** Sports footwear, Other, For men, youths and boys, Other, Other |
| 2 | **Heading: 6403:** Footwear with outer soles of rubber, plastics, leather or composition leather and uppers of leather<br><br>**Subheading: 19.50:** Sports footwear, Other, For other persons, Golf Shoes | **Heading: 6403:** Footwear with outer soles of rubber, plastics, leather or composition leather and uppers of leather<br><br>**Subheading: 19.30:** Sports footwear, Other, For men, youths and boys, Other, Golf Shoes |

---

[1] The court has organized the bare HTSUS heading numbers that Plaintiffs submitted in support of their argument that these provisions facially discriminate based on gender or age. However, Plaintiffs' submissions contained multiple miscategorizations and factual errors, including but not limited to mislabeling the category under which the tariff heading allegedly discriminates and not correcting for repeated listings of HTSUS headings. This appendix represents our best effort to correct these mistakes and present them in a clear and organized manner.

| | | |
|---|---|---|
| 3 | **Heading: 6403:** Footwear with outer soles of rubber, plastics, leather or composition leather and uppers of leather<br><br>**Subheading: 51.90:** Other footwear with outer soles of leather, Covering the ankle, Other, Other, For other persons | **Heading: 6403:** Footwear with outer soles of rubber, plastics, leather or composition leather and uppers of leather<br><br>**Subheading: 51.60:** Other footwear with outer soles of leather, Covering the ankle, Other, Other, For men, youths and boys |
| 4 | **Heading: 6403:** Footwear with outer soles of rubber, plastics, leather or composition leather and uppers of leather<br><br>**Subheading: 59.90:** Other footwear with outer soles of leather, Other, Other, Other, For other persons | **Heading: 6403:** Footwear with outer soles of rubber, plastics, leather or composition leather and uppers of leather<br><br>**Subheading: 59.60:** Other footwear with outer soles of leather, Other, Other, Other, For men, youths, and boys |
| 5 | **Heading: 6403:** Footwear with outer soles of rubber, plastics, leather or composition leather and uppers of leather<br><br>**Subheading: 91.90:** Other footwear, Covering the ankle, Other, Other, For other persons | **Heading: 6403:** Footwear with outer soles of rubber, plastics, leather or composition leather and uppers of leather<br><br>**Subheading: 91.60:** Other footwear, Covering the ankle, Other, Other, For men, youths, and boys |
| 6 | **Heading: 6403:** Footwear with outer soles of rubber, plastics, leather or composition leather and uppers of leather<br><br>**Subheading: 99.75:** Other footwear, Other, Other, Other, Other, For other persons, Valued not over $2.50 | **Heading: 6403:** Footwear with outer soles of rubber, plastics, leather or composition leather and uppers of leather<br><br>**Subheading: 99.60:** Other footwear, Other, Other, Other, For men, youths, and boys |

| | | |
|---|---|---|
| 7 | **Heading: 6403:** Footwear with outer soles of rubber, plastics, leather or composition leather and uppers of leather<br><br>  **Subheading: 99.75:** Other footwear, Other, Other, Other, Other, For other persons, Valued over $2.50 | **Heading: 6403:** Footwear with outer soles of rubber, plastics, leather or composition leather and uppers of leather<br><br>  **Subheading: 99.60:** Other footwear, Other, Other, Other, For men, youths, and boys |
| 8 | **Heading: 6406:** Parts of footwear (including uppers whether or not attached to soles other than outer soles); removable insoles, heel cushions and similar articles; gaiters, leggings and similar articles, and parts thereof<br><br>  **Subheading: 10.10:** Uppers and parts thereof, other than stiffeners, Formed uppers, Of leather or composition leather, For other persons | **Heading: 6406:** Parts of footwear (including uppers whether or not attached to soles other than outer soles); removable insoles, heel cushions and similar articles; gaiters, leggings and similar articles, and parts thereof<br><br>  **Subheading: 10.05:** Uppers and parts thereof, other than stiffeners, Formed uppers, Of leather or composition leather, For men, youths, and boys |
| 9 | **Heading: 6206:** Women's or girl's blouses, shirts, and short-blouses<br><br>  **Subheading: 10.0040:** Of silk or silk waste, Containing 70 percent or more by weight or silk of silk waste | **Heading: 6205:** Men's or boy's shirts<br><br>  **Subheading: 90.10:** Of other textile materials, Of silk or silk waste, Containing 70 percent or more by weight of silk or silk waste |
| 10 | **Heading: 6403:** Footwear with outer soles of rubber, plastics, leather or composition leather and uppers of leather<br><br>  **Subheading: 59.90:** Other footwear with outer soles of leather, for other persons | **Heading: 6403:** Footwear with outer soles of rubber, plastics, leather or composition leather and uppers of leather<br><br>  **Subheading: 59.60:** Other footwear with outer soles of leather, for men, youths, and boys |

| | | |
|---|---|---|
| 11 | **Heading: 6206:** Women's or girl's blouses, shirts, and short-blouses<br><br>   **Subheading: 30.30:** Of cotton, Other | **Heading: 6205:** Men's or boy's shirts<br><br>   **Subheading: 20.20:** Of cotton, Other |
| 12 | **Heading: 6102:** Women's or girl's overcoats, carcoats, capes, cloaks, anoraks (including ski-jackets), windbreakers, and similar articles, knitted or crocheted, other than those of heading 6104<br><br>   **Subheading: 30.10:** Of man-made fibers, Other, Containing 23 percent or more by weight of wool or fine animal hair | **Heading: 6101:** Men's or boy's overcoats, carcoats, capes, cloaks, anoraks (including ski-jackets), windbreakers, and similar articles, knitted or crocheted, other than those of heading 6103<br><br>   **Subheading: 30.15:** Of man-made fibers, Other, Containing 23 percent or more by weight of wool or fine animal hair |
| 13 | **Heading: 6104:** Women's or girl's suits, ensembles, suit-type jackets, blazers, dresses, skirts, divided skirts, trousers, bib and brace overalls, breeches and shorts (other than swimwear), knitted or crocheted<br><br>   **Subheading: 19.10:** Suits, Of other textile materials, Of artificial fibers, Containing 23 percent or more by weight of wool or fine animal hair | **Heading: 6103:** Men's or boy's suits, ensembles, suit-type jackets, blazers, trousers, bib and brace overalls, breeches and shorts (other than swimwear), knitted or crocheted<br><br>   **Subheading: 10.40:** Suits, Of other textile materials, Of artificial fibers, Containing 23 percent or more by weight of wool or fine animal hair |

| | | |
|---|---|---|
| 14 | **Heading: 6104:** Women's or girl's suits, ensembles, suit-type jackets, blazers, dresses, skirts, divided skirts, trousers, bib and brace overalls, breeches and shorts (other than swimwear), knitted or crocheted<br><br>    **Subheading: 31.00:** Suit-type jackets and blazers, Of wool or fine animal hair | **Heading: 6103:** Men's or boy's suits, ensembles, suit-type jackets, blazers, trousers, bib and brace overalls, breeches and shorts (other than swimwear), knitted or crocheted<br><br>    **Subheading: 31.00:** Suit-type jackets and blazers, Of wool or fine animal hair |
| 15 | **Heading: 6104:** Women's or girl's suits, ensembles, suit-type jackets, blazers, dresses, skirts, divided skirts, trousers, bib and brace overalls, breeches and shorts (other than swimwear), knitted or crocheted<br><br>    **Subheading: 32.00:** Suit-type jackets and blazers, Of cotton | **Heading: 6103:** Men's or boy's suits, ensembles, suit-type jackets, blazers, trousers, bib and brace overalls, breeches and shorts (other than swimwear), knitted or crocheted<br><br>    **Subheading: 32.00:** Suit-type jackets and blazers, Of cotton |
| 16 | **Heading: 6104:** Women's or girl's suits, ensembles, suit-type jackets, blazers, dresses, skirts, divided skirts, trousers, bib and brace overalls, breeches and shorts (other than swimwear), knitted or crocheted<br><br>    **Subheading: 33.10:** Suit-type jackets and blazers, Of synthetic fibers, Containing 23 percent or more by weight of wool or fine animal hair | **Heading: 6103:** Men's or boy's suits, ensembles, suit-type jackets, blazers, trousers, bib and brace overalls, breeches and shorts (other than swimwear), knitted or crocheted<br><br>    **Subheading: 33.10:** Suit-type jackets and blazers, Of synthetic fibers, Containing 23 percent or more by weight of wool or fine animal hair |

| | | |
|---|---|---|
| 17 | **Heading: 6104:** Women's or girl's suits, ensembles, suit-type jackets, blazers, dresses, skirts, divided skirts, trousers, bib and brace overalls, breeches and shorts (other than swimwear), knitted or crocheted<br><br>**Subheading: 39.10:** Suit-type jackets and blazers, Of other textile materials, Of artificial fibers | **Heading: 6103:** Men's or boy's suits, ensembles, suit-type jackets, blazers, trousers, bib and brace overalls, breeches and shorts (other than swimwear), knitted or crocheted<br><br>**Subheading: 39.10:** Suit-type jackets and blazers, Of other textile materials, Of artificial fibers |
| 18 | **Heading: 6104:** Women's or girl's suits, ensembles, suit-type jackets, blazers, dresses, skirts, divided skirts, trousers, bib and brace overalls, breeches and shorts (other than swimwear), knitted or crocheted<br><br>**Subheading: 61.0030:** Trousers, bib and brace overalls, breeches and shorts, Of wool or fine animal hair, Bib and brace overalls | **Heading: 6103:** Men's or boy's suits, ensembles, suit-type jackets, blazers, trousers, bib and brace overalls, breeches and shorts (other than swimwear), knitted or crocheted<br><br>**Subheading: 41.20:** Trousers, bib and brace overalls, breeches and shorts, Of wool or fine animal hair, Bib and brace overalls |
| 19 | **Heading: 6106:** Women's or girl's blouses, and shirts, knitted or crocheted<br><br>**Subheading: 20.10:** Of man-made fibers, Containing 23 percent or more by weight of wool or fine animal hair | **Heading: 6105:** Men's or boy's shirts, knitted or crocheted<br><br>**Subheading: 20.10:** Of man-made fibers, Containing 23 percent or more by weight of wool or fine animal hair |

| | | |
|---|---|---|
| 20 | **Heading: 6108:** Women's or girls' slips, petticoats, briefs, panties, nightdresses, pajamas, negligees, bathrobes, dressing gowns and similar articles, knitted or crocheted<br><br>    **Subheading: 21.00:** Briefs or panties, Of cotton | **Heading: 6107:** Men's or boys' underpants, briefs, nightshirts, pajamas, bathrobes, dressing gowns and similar articles, knitted or crocheted<br><br>    **Subheading: 11.00:** Underpants and briefs, Of cotton |
| 21 | **Heading: 6108:** Women's or girls' slips, petticoats, briefs, panties, nightdresses, pajamas, negligees, bathrobes, dressing gowns and similar articles, knitted or crocheted<br><br>    **Subheading: 22.90:** Briefs or panties, Of man-made fibers, Other | **Heading: 6107:** Men's or boys' underpants, briefs, nightshirts, pajamas, bathrobes, dressing gowns and similar articles, knitted or crocheted<br><br>    **Subheading: 12.10:** Underpants and briefs, Of man-made fibers |
| 22 | **Heading: 6108:** Women's or girls' slips, petticoats, briefs, panties, nightdresses, pajamas, negligees, bathrobes, dressing gowns and similar articles, knitted or crocheted<br><br>    **Subheading: 29.10:** Briefs or panties, Of other textile materials, Containing 70 percent or more by weight of wool or fine animal hair | **Heading: 6107:** Men's or boys' underpants, briefs, nightshirts, pajamas, bathrobes, dressing gowns and similar articles, knitted or crocheted<br><br>    **Subheading: 19.10:** Underpants and briefs, Of other textile materials, Containing 70 percent or more by weight of wool or fine animal hair |

| | | |
|---|---|---|
| 23 | **Heading: 6108:** Women's or girls' slips, petticoats, briefs, panties, nightdresses, pajamas, negligees, bathrobes, dressing gowns and similar articles, knitted or crocheted<br><br>**Subheading: 29.90:** Briefs or panties, Of other textile materials, Other | **Heading: 6107:** Men's or boys' underpants, briefs, nightshirts, pajamas, bathrobes, dressing gowns and similar articles, knitted or crocheted<br><br>**Subheading: 19.90:** Underpants and briefs, Of other textile materials, Other |
| 24 | **Heading: 6108:** Women's or girls' slips, petticoats, briefs, panties, nightdresses, pajamas, negligees, bathrobes, dressing gowns and similar articles, knitted or crocheted<br><br>**Subheading: 91.0005:** Other, Of cotton, Underwear, Underpants | **Heading: 6107:** Men's or boys' underpants, briefs, nightshirts, pajamas, bathrobes, dressing gowns and similar articles, knitted or crocheted<br><br>**Subheading: 11.00:** Underpants and briefs, Of cotton |
| 25 | **Heading: 6202:** Women's or girls' overcoats, carcoats, capes, cloaks, anoraks (including ski-jackets), windbreakers and similar articles (including padded, sleeveless jackets), other than those of heading 6204<br><br>**Subheading: 91.10:** Anoraks (including ski-jackets), windbreakers, and similar articles (including padded, sleeveless jackets), Of wool or fine animal hair, Padded, sleeveless jackets | **Heading: 6201:** Men's or boys' overcoats, carcoats, capes, cloaks, anoraks (including ski-jackets), windbreakers and similar articles (including padded, sleeveless jackets), other than those of heading 6203<br><br>**Subheading: 91.10:** Anoraks (including ski-jackets), windbreakers, and similar articles (including padded, sleeveless jackets), Of wool or fine animal hair, Padded, sleeveless jackets |

| | | |
|---|---|---|
| 26 | **Heading: 6204:** Women's or girl's suits, ensembles, suit-type jackets, blazers, dresses, skirts, divided skirts, trousers, bib and brace overalls, breeches and shorts (other than swimwear)<br><br>**Subheading: 12.00:** Suits, Of cotton | **Heading: 6203:** Men's or boy's suits, ensembles, suit-type jackets, blazers, trousers, bib and brace overalls, breeches and shorts (other than swimwear)<br><br>**Subheading: 19.10:** Suits, Of other textile materials, Of cotton |
| 27 | **Heading: 6204:** Women's or girl's suits, ensembles, suit-type jackets, blazers, dresses, skirts, divided skirts, trousers, bib and brace overalls, breeches and shorts (other than swimwear)<br><br>**Subheadings: 19.20:** Suits, Of other textile materials, Other | **Heading: 6203:** Men's or boy's suits, ensembles, suit-type jackets, blazers, trousers, bib and brace overalls, breeches and shorts (other than swimwear)<br><br>**Subheadings: 19.30:** Suits, Of other textile materials, Other |
| 28 | **Heading: 6204:** Women's or girl's suits, ensembles, suit-type jackets, blazers, dresses, skirts, divided skirts, trousers, bib and brace overalls, breeches and shorts (other than swimwear)<br><br>**Subheading: 61.9040:** Trousers, bib and brace overalls, breeches and shorts, Other, Bib and brace overalls | **Heading: 6203:** Men's or boy's suits, ensembles, suit-type jackets, blazers, trousers, bib and brace overalls, breeches and shorts (other than swimwear)<br><br>**Subheading: 41.20:** Trousers, bib and brace overalls, breeches and shorts, Bib and brace overalls |

| | | |
|---|---|---|
| 29 | **Heading: 6204:** Women's or girl's suits, ensembles, suit-type jackets, blazers, dresses, skirts, divided skirts, trousers, bib and brace overalls, breeches and shorts (other than swimwear)<br><br>**Subheading: 63.35:** Trousers, bib and brace overalls, breeches and shorts, Of synthetic fibers, Other | **Heading: 6203:** Men's or boy's suits, ensembles, suit-type jackets, blazers, trousers, bib and brace overalls, breeches and shorts (other than swimwear)<br><br>**Subheading: 43.40:** Trousers, bib and brace overalls, breeches and shorts, Of synthetic fibers, Other |
| 30 | **Heading: 6204:** Women's or girl's suits, ensembles, suit-type jackets, blazers, dresses, skirts, divided skirts, trousers, bib and brace overalls, breeches and shorts (other than swimwear)<br><br>**Subheading: 69.10:** Trousers, bib and brace overalls, breeches and shorts, Of other textile materials, Of artificial fibers, Bib and brace overalls | **Heading: 6203:** Men's or boy's suits, ensembles, suit-type jackets, blazers, trousers, bib and brace overalls, breeches and shorts (other than swimwear)<br><br>**Subheading: 49.10:** Trousers, bib and brace overalls, breeches and shorts, Of other textile materials, Of artificial fibers, Bib and brace overalls |
| 31 | **Heading: 6204:** Women's or girl's suits, ensembles, suit-type jackets, blazers, dresses, skirts, divided skirts, trousers, bib and brace overalls, breeches and shorts (other than swimwear)<br><br>**Subheading: 69.25:** Trousers, bib and brace overalls, breeches and shorts, Of artificial fibers, Trousers, breeches and shorts, Other | **Heading: 6203:** Men's or boy's suits, ensembles, suit-type jackets, blazers, trousers, bib and brace overalls, breeches and shorts (other than swimwear)<br><br>**Subheading: 49.20:** Trousers, bib and brace overalls, breeches and shorts, Of other textile materials, Of artificial fibers, Trousers, breeches and shorts, Other |

| | | |
|---|---|---|
| 32 | **Heading: 6204:** Women's or girl's suits, ensembles, suit-type jackets, blazers, dresses, skirts, divided skirts, trousers, bib and brace overalls, breeches and shorts (other than swimwear)<br><br>**Subheading: 69.40:** Trousers, bib and brace overalls, breeches and shorts, Of artificial fibers, Of silk or silk waste, Containing 70 percent or more by weight of silk and silk waste | **Heading: 6203:** Men's or boy's suits, ensembles, suit-type jackets, blazers, trousers, bib and brace overalls, breeches and shorts (other than swimwear)<br><br>**Subheading: 49.40:** Trousers, bib and brace overalls, breeches and shorts, Of other textile materials, Containing 70 percent or more by weight of silk and silk waste |
| 33 | **Heading: 6204:** Women's or girl's suits, ensembles, suit-type jackets, blazers, dresses, skirts, divided skirts, trousers, bib and brace overalls, breeches and shorts (other than swimwear)<br><br>**Subheading: 69.60:** Trousers, bib and brace overalls, breeches and shorts, Of artificial fibers, Of silk or silk waste, Other | **Heading: 6203:** Men's or boy's suits, ensembles, suit-type jackets, blazers, trousers, bib and brace overalls, breeches and shorts (other than swimwear)<br><br>**Subheading: 49.80:** Trousers, bib and brace overalls, breeches and shorts, Of other textile materials, Other |
| 34 | **Heading: 6206:** Women's or girl's blouses, shirts, and short-blouses<br><br>**Subheading: 10.0040:** Of silk or silk waste, Containing 70 percent or more by weight or silk of silk waste | **Heading: 6205:** Men's or boy's shirts<br><br>**Subheading: 90.10:** Of other textile materials, Of silk or silk waste, Containing 70 percent or more by weight of silk or silk waste |
| 35 | **Heading: 6206:** Women's or girl's blouses, shirts, and short-blouses<br><br>**Subheading: 90.00:** Of other textile materials | **Heading: 6205:** Men's or boy's shirts<br><br>**Subheading: 90.40:** Of other textile materials, Other |

| | | |
|---|---|---|
| 36 | **Heading: 6208:** Women's or girls' singlets and other undershirts, slips, petticoats, briefs, panties, nightdresses, pajamas, negligees, bathrobes, dressing gowns, and similar articles<br><br>     **Subheading: 19.2000:** Slips and petticoats, Of other textile materials, Of cotton | **Heading: 6207:** Men's or boys' singlets and other undershirts, underpants, briefs, nightshirts, pajamas, bathrobes, dressing gowns, and similar articles<br><br>     **Subheading: 11.0000:** Underpants and briefs, Of cotton |
| 37 | **Heading: 6208:** Women's or girls' singlets and other undershirts, slips, petticoats, briefs, panties, nightdresses, pajamas, negligees, bathrobes, dressing gowns, and similar articles<br><br>     **Subheading: 91.30:** Other, Other | **Heading: 6207:** Men's or boys' singlets and other undershirts, underpants, briefs, nightshirts, pajamas, bathrobes, dressing gowns, and similar articles<br><br>     **Subheading: 11.00:** Underpants and briefs, Of cotton<br><br>AND<br><br>**Heading: 6207:** Men's or boys' singlets and other undershirts, underpants, briefs, nightshirts, pajamas, bathrobes, dressing gowns, and similar articles<br><br>     **Subheading: 91.30:** Other, Of cotton, Other |

| | | |
|---|---|---|
| 38 | **Heading: 6208:** Women's or girls' singlets and other undershirts, slips, petticoats, briefs, panties, nightdresses, pajamas, negligees, bathrobes, dressing gowns, and similar articles<br><br>   **Subheading: 92.0010:** Other, Of man-made fibers, Bathrobes, dressing gowns and similar articles, Women's | **Heading: 6207:** Men's or boys' singlets and other undershirts, underpants, briefs, nightshirts, pajamas, bathrobes, dressing gowns, and similar articles<br><br>   **Subheading: 99.75:** Other, Of other textile material, Of man-made fibers, Bathrobes, dressing gowns and similar articles |
| 39 | **Heading: 6208:** Women's or girls' singlets and other undershirts, slips, petticoats, briefs, panties, nightdresses, pajamas, negligees, bathrobes, dressing gowns, and similar articles<br><br>   **Subheading: 92.0020:** Other, Of man-made fibers, Bathrobes, dressing gowns and similar articles, Girls' | **Heading: 6207:** Men's or boys' singlets and other undershirts, underpants, briefs, nightshirts, pajamas, bathrobes, dressing gowns, and similar articles<br><br>   **Subheading: 99.75:** Other, Of other textile material, Of man-made fibers, Bathrobes, dressing gowns and similar articles |

| | | |
|---|---|---|
| 40 | **Heading: 6208:** Women's or girls' singlets and other undershirts, slips, petticoats, briefs, panties, nightdresses, pajamas, negligees, bathrobes, dressing gowns, and similar articles<br><br>**Subheading: 92.0030:** Other, Of man-made fibers, Other, Women's | **Heading: 6207:** Men's or boys' singlets and other undershirts, underpants, briefs, nightshirts, pajamas, bathrobes, dressing gowns, and similar articles<br><br>**Subheading: 19.90:** Underpants and briefs, Of other textile materials, Other<br><br>AND<br><br>**Heading: 6207:** Men's or boys' singlets and other undershirts, underpants, briefs, nightshirts, pajamas, bathrobes, dressing gowns, and similar articles<br><br>**Subheading: 99.85:** Other, Of other textile materials, Of man-made fibers, Other |
| 41 | **Heading: 6208:** Women's or girls' singlets and other undershirts, slips, petticoats, briefs, panties, nightdresses, pajamas, negligees, bathrobes, dressing gowns, and similar articles<br><br>**Subheading: 92.0040:** Other, Of man-made fibers, Other, Girls' | **Heading: 6207:** Men's or boys' singlets and other undershirts, underpants, briefs, nightshirts, pajamas, bathrobes, dressing gowns, and similar articles<br><br>**Subheading: 19.90:** Underpants and briefs, Of other textile materials, Other |

| | | |
|---|---|---|
| 42 | **Heading: 6208:** Women's or girls' singlets and other undershirts, slips, petticoats, briefs, panties, nightdresses, pajamas, negligees, bathrobes, dressing gowns, and similar articles<br><br>   **Subheading: 92.0040:** Other, Of man-made fibers, Other, Girls' | **Heading: 6207:** Men's or boys' singlets and other undershirts, underpants, briefs, nightshirts, pajamas, bathrobes, dressing gowns, and similar articles<br><br>   **Subheading: 19.90:** Underpants and briefs, Of other textile materials, Other<br><br>AND<br><br>**Heading: 6207:** Men's or boys' singlets and other undershirts, underpants, briefs, nightshirts, pajamas, bathrobes, dressing gowns, and similar articles<br><br>   **Subheading: 99.85:** Other, Of other textile materials, Of man-made fibers, Other |
| 43 | **Heading: 6208:** Women's or girls' singlets and other undershirts, slips, petticoats, briefs, panties, nightdresses, pajamas, negligees, bathrobes, dressing gowns, and similar articles<br><br>   **Subheading: 99.2020:** Other, Of textile materials, Of wool or fine animal hair, Other | **Heading:** Men's or boys' singlets and other undershirts, underpants, briefs, nightshirts, pajamas, bathrobes, dressing gowns, and similar articles<br><br>   **Subheading: 99.40:** Other, Of other textile materials, Of wool or fine animal hair, Other |

| | | |
|---|---|---|
| 44 | **Heading: 6211:** Track suits, ski-suits and swimwear; other garments<br><br>**Subheading: 20.58:** Ski-suits, Other, Other, Women's or girls', Anoraks (including ski-jackets), windbreakers and similar articles (including padded, sleeveless jackets) imported as part of ski-suits, Other | **Heading: 6211:** Track suits, ski-suits and swimwear; other garments<br><br>**Subheading: 20.28:** Ski-suits, Other, Other, Men's or boys', Anoraks (including ski-jackets), windbreakers and similar articles (including padded, sleeveless jackets) imported as part of ski-suits, Other |
| 45 | **Heading: 6211:** Track suits, ski-suits and swimwear; other garments<br><br>**Subheading: 20.68:** Ski-suits, Other, Other, Women's or girls', Trousers and breeches imported as parts of ski-suits, Other | **Heading: 6211:** Track suits, ski-suits and swimwear; other garments<br><br>**Subheading: 20.38:** Ski-suits, Other, Other, Men's or boys', Trousers and breeches imported as parts of ski-suits, Other |
| 46 | **Heading: 6211:** Track suits, ski-suits and swimwear; other garments<br><br>**Subheading: 49.10:** Other garments, women's or girls', Of other textile materials, Contains 70 percent or more by weight of silk or silk waste | **Heading: 6211:** Track suits, ski-suits and swimwear; other garments<br><br>**Subheading: 39.10:** Other garments, men's or boys', Of other textile materials, Contains 70 percent or more by weight of silk or silk waste |
| 47 | **Heading: 6211:** Track suits, ski-suits and swimwear; other garments<br><br>**Subheading: 49.90:** Other garments, women's or girls', Of other textile materials, Other | **Heading: 6211:** Track suits, ski-suits and swimwear; other garments<br><br>**Subheading: 39.90:** Other garments, men's or boys', Of other textile materials, Other |

| | | |
|---|---|---|
| 48 | **Heading: 6403:** Footwear with outer soles of rubber, plastics, leather or composition leather and uppers of leather<br><br>**Subheading: 19.50:** Sports footwear, Other, For other persons, Golf Shoes | **Heading: 6403:** Footwear with outer soles of rubber, plastics, leather or composition leather and uppers of leather<br><br>**Subheading: 19.30:** Sports footwear, Other, For men, youths and boys, Other, Golf Shoes |
| 49 | **Heading: 6403:** Footwear with outer soles of rubber, plastics, leather or composition leather and uppers of leather<br><br>**Subheading: 51.90:** Other footwear with outer soles of leather, Covering the ankle, Other, Other, For other persons | **Heading: 6403:** Footwear with outer soles of rubber, plastics, leather or composition leather and uppers of leather<br><br>**Subheading: 51.60:** Other footwear with outer soles of leather, Covering the ankle, Other, Other, For men, youths and boys |
| 50 | **Heading: 6403:** Footwear with outer soles of rubber, plastics, leather or composition leather and uppers of leather<br><br>**Subheading:59.90:** Other footwear with outer soles of leather, Other, Other, Other, For other persons | **Heading: 6403:** Footwear with outer soles of rubber, plastics, leather or composition leather and uppers of leather<br><br>**Subheading: 59.60:** Other footwear with outer soles of leather, Other, Other, Other, For men, youths, and boys |
| 51 | **Heading: 6403:** Footwear with outer soles of rubber, plastics, leather or composition leather and uppers of leather<br><br>**Subheading: 91.90:** Other footwear, Covering the ankle, Other, Other, For other persons | **Heading: 6403:** Footwear with outer soles of rubber, plastics, leather or composition leather and uppers of leather<br><br>**Subheading: 91.60:** Other footwear, Covering the ankle, Other, Other, For men, youths, and boys |

| | | |
|---|---|---|
| 52 | **Heading: 6403:** Footwear with outer soles of rubber, plastics, leather or composition leather and uppers of leather<br><br>**Subheading: 99.90:** Other footwear, Other, Other, Other, Other, For other persons, Valued over $2.50 | **Heading: 6403:** Footwear with outer soles of rubber, plastics, leather or composition leather and uppers of leather<br><br>**Subheading: 99.60:** Other footwear, Other, Other, Other, For men, youths, and boys |
| 53 | **Heading: 6406:** Parts of footwear (including uppers whether or not attached to soles other than outer soles); removable insoles, heel cushions and similar articles; gaiters, leggings and similar articles, and parts thereof<br><br>**Subheading: 10.10:** Uppers and parts thereof, other than stiffeners, Formed uppers, Of leather or composition leather, For other persons | **Heading: 6406:** Parts of footwear (including uppers whether or not attached to soles other than outer soles); removable insoles, heel cushions and similar articles; gaiters, leggings and similar articles, and parts thereof<br><br>**Subheading: 10.05:** Uppers and parts thereof, other than stiffeners, Formed uppers, Of leather or composition leather, For men, youths, and boys |
| 54 | **Heading: 6102:** Women's or girl's overcoats, carcoats, capes, cloaks, anoraks (including ski-jackets), windbreakers, and similar articles, knitted or crocheted, other than those of heading 6104<br><br>**Subheading: 30.05:** Of man-made fibers, Containing 25 percent or more by weight of leather | **Heading: 6101:** Men's or boy's overcoats, carcoats, capes, cloaks, anoraks (including ski-jackets), windbreakers, and similar articles, knitted or crocheted, other than those of heading 6103<br><br>**Subheading: 30.10:** Of man-made fibers, Containing 25 percent or more by weight of leather |

| | | |
|---|---|---|
| 55 | **Heading: 6104:** Women's or girl's suits, ensembles, suit-type jackets, blazers, dresses, skirts, divided skirts, trousers, bib and brace overalls, breeches and shorts (other than swimwear), knitted or crocheted<br><br>    **Subheading: 13.10:** Suits, Of synthetic fibers, Containing 23 percent or more by weight of wool or fine animal hair | **Heading: 6103:** Men's or boy's suits, ensembles, suit-type jackets, blazers, trousers, bib and brace overalls, breeches and shorts (other than swimwear), knitted or crocheted<br><br>    **Subheading: 10.20:** Suits, Of synthetic fibers, Containing 23 percent or more by weight of wool or fine animal hair |
| 56 | **Heading: 6104:** Women's or girl's suits, ensembles, suit-type jackets, blazers, dresses, skirts, divided skirts, trousers, bib and brace overalls, breeches and shorts (other than swimwear), knitted or crocheted<br><br>    **Subheading: 13.20:** Suits, Of synthetic fibers, Other | **Heading: 6103:** Men's or boy's suits, ensembles, suit-type jackets, blazers, trousers, bib and brace overalls, breeches and shorts (other than swimwear), knitted or crocheted<br><br>    **Subheading: 10.30:** Suits, Of synthetic fibers, Other |
| 57 | **Heading: 6104:** Women's or girl's suits, ensembles, suit-type jackets, blazers, dresses, skirts, divided skirts, trousers, bib and brace overalls, breeches and shorts (other than swimwear), knitted or crocheted<br><br>    **Subheading: 39.2040:** Suit-type jackets and blazers, Of other textile materials, Other, Other, Of silk, Contains 70 percent or more by weight of silk or silk waste | **Heading: 6103:** Men's or boy's suits, ensembles, suit-type jackets, blazers, trousers, bib and brace overalls, breeches and shorts (other than swimwear), knitted or crocheted<br><br>    **Subheading: 39.40:** Suit-type jackets and blazers, Of other textile materials, Contains 70 percent or more by weight of silk or silk waste |

| | | |
|---|---|---|
| 58 | **Heading: 6104:** Women's or girl's suits, ensembles, suit-type jackets, blazers, dresses, skirts, divided skirts, trousers, bib and brace overalls, breeches and shorts (other than swimwear), knitted or crocheted<br><br>    **Subheading: 39.20:** Suit-type jackets and blazers, Of other textile materials, Other | **Heading: 6103:** Men's or boy's suits, ensembles, suit-type jackets, blazers, trousers, bib and brace overalls, breeches and shorts (other than swimwear), knitted or crocheted<br><br>    **Subheading: 39.80:** Suit-type jackets and blazers, Of other textile materials, Other |

| | | |
|---|---|---|
| 59 | **Heading: 6104:** Women's or girl's suits, ensembles, suit-type jackets, blazers, dresses, skirts, divided skirts, trousers, bib and brace overalls, breeches and shorts (other than swimwear), knitted or crocheted<br><br>    **Subheading: 61.0010:** Trousers, bib and brace overalls, breeches and shorts, Of wool or fine animal hair, Trousers, breeches<br><br>AND<br><br>**Heading: 6104:** Women's or girl's suits, ensembles, suit-type jackets, blazers, dresses, skirts, divided skirts, trousers, bib and brace overalls, breeches and shorts (other than swimwear), knitted or crocheted<br><br>    **Subheading: 61.0020:** Trousers, bib and brace overalls, breeches and shorts, Of wool or fine animal hair, shorts | **Heading: 6103:** Men's or boy's suits, ensembles, suit-type jackets, blazers, trousers, bib and brace overalls, breeches and shorts (other than swimwear), knitted or crocheted<br><br>    **Subheading: 41.10:** Trousers, bib and brace overalls, breeches and shorts, Of wool or fine animal hair, Trousers, breeches and shorts |

| | | |
|---|---|---|
| 60 | **Heading: 6104:** Women's or girl's suits, ensembles, suit-type jackets, blazers, dresses, skirts, divided skirts, trousers, bib and brace overalls, breeches and shorts (other than swimwear), knitted or crocheted<br><br>**Subheading: 62.20:** Trousers, bib and brace overalls, breeches and shorts, Of cotton, Other | **Heading: 6103:** Men's or boy's suits, ensembles, suit-type jackets, blazers, trousers, bib and brace overalls, breeches and shorts (other than swimwear), knitted or crocheted<br><br>**Subheading: 42.10:** Trousers, bib and brace overalls, breeches and shorts, Of cotton, Trousers, breeches and shorts |
| 61 | **Heading: 6104:** Women's or girl's suits, ensembles, suit-type jackets, blazers, dresses, skirts, divided skirts, trousers, bib and brace overalls, breeches and shorts (other than swimwear), knitted or crocheted<br><br>**Subheading: 63.15:** Trousers, bib and brace overalls, breeches and shorts, Of synthetic fibers, Other, Containing 23 percent or more by weight of wool or fine animal hair | **Heading: 6103:** Men's or boy's suits, ensembles, suit-type jackets, blazers, trousers, bib and brace overalls, breeches and shorts (other than swimwear), knitted or crocheted<br><br>**Subheading: 43.10:** Trousers, bib and brace overalls, breeches and shorts, Of synthetic fibers, Trousers, breeches and shorts, Containing 23 percent or more by weight of wool or fine animal hair |
| 62 | **Heading: 6106:** Women's or girl's blouses, and shirts, knitted or crocheted<br><br>**Subheading: 90.10:** Of other textile materials, Of wool or fine animal hair | **Heading: 6105:** Men's or boy's shirts, knitted or crocheted<br><br>**Subheading: 90.10:** Of other textile materials, Of wool or fine animal hair |
| 63 | **Heading: 6106:** Women's or girl's blouses, and shirts, knitted or crocheted<br><br>**Subheading: 90.30:** Of other textile materials, Other | **Heading: 6105:** Men's or boy's shirts, knitted or crocheted<br><br>**Subheading: 90.80:** Of other textile materials, Other |

| | | |
|---|---|---|
| 64 | **Heading: 6108:** Women's or girls' slips, petticoats, briefs, panties, nightdresses, pajamas, negligees, bathrobes, dressing gowns and similar articles, knitted or crocheted<br><br>    **Subheading: 31.00:** Nightdresses and pajamas, Of cotton | **Heading: 6107:** Men's or boys' underpants, briefs, nightshirts, pajamas, bathrobes, dressing gowns and similar articles, knitted or crocheted<br><br>    **Subheading: 21.00:** Nightshirts and pajamas, Of cotton |
| 65 | **Heading: 6108:** Women's or girls' slips, petticoats, briefs, panties, nightdresses, pajamas, negligees, bathrobes, dressing gowns and similar articles, knitted or crocheted<br><br>    **Subheading: 39.40:** Nightdresses and pajamas, Of other textile materials, Containing 70 percent or more by weight of silk or silk waste | **Heading: 6107:** Men's or boys' underpants, briefs, nightshirts, pajamas, bathrobes, dressing gowns and similar articles, knitted or crocheted<br><br>    **Subheading: 29.50:** Nightshirts and pajamas, Of other textile materials, Containing 70 percent or more by weight of silk or silk waste |
| 67 | **Heading: 6108:** Women's or girls' slips, petticoats, briefs, panties, nightdresses, pajamas, negligees, bathrobes, dressing gowns and similar articles, knitted or crocheted<br><br>    **Subheading: 39.80:** Nightdresses and pajamas, Of other textile materials, Other | **Heading: 6107:** Men's or boys' underpants, briefs, nightshirts, pajamas, bathrobes, dressing gowns and similar articles, knitted or crocheted<br><br>    **Subheading: 29.90:** Nightshirts and pajamas, Of other textile materials, Other |

| | | |
|---|---|---|
| 68 | **Heading: 6108:** Women's or girls' slips, petticoats, briefs, panties, nightdresses, pajamas, negligees, bathrobes, dressing gowns and similar articles, knitted or crocheted<br><br>    **Subheading: 91.00:** Other, Of cotton | **Heading: 6107:** Men's or boys' underpants, briefs, nightshirts, pajamas, bathrobes, dressing gowns and similar articles, knitted or crocheted<br><br>    **Subheading: 91.00:** Other, Of cotton |
| 69 | **Heading: 6108:** Women's or girls' slips, petticoats, briefs, panties, nightdresses, pajamas, negligees, bathrobes, dressing gowns and similar articles, knitted or crocheted<br><br>    **Subheading: 99.20:** Other, Of other textile materials, Of wool or fine animal hair | **Heading: 6107:** Men's or boys' underpants, briefs, nightshirts, pajamas, bathrobes, dressing gowns and similar articles, knitted or crocheted<br><br>    **Subheading: 99.20:** Other, Of other textile materials, Of wool or fine animal hair |
| 70 | **Heading: 6108:** Women's or girls' slips, petticoats, briefs, panties, nightdresses, pajamas, negligees, bathrobes, dressing gowns and similar articles, knitted or crocheted<br><br>    **Subheading: 99.50:** Other, Of other textile materials, Containing 70 percent or more by weight of silk or silk waste | **Heading: 6107:** Men's or boys' underpants, briefs, nightshirts, pajamas, bathrobes, dressing gowns and similar articles, knitted or crocheted<br><br>    **Subheading: 99.50:** Other, Of other textile materials, Containing 70 percent or more by weight of silk or silk waste |

| | | |
|---|---|---|
| 71 | **Heading: 6108:** Women's or girls' slips, petticoats, briefs, panties, nightdresses, pajamas, negligees, bathrobes, dressing gowns and similar articles, knitted or crocheted<br><br>    **Subheading: 99.90:** Other, Of other textile materials, Other | **Heading: 6107:** Men's or boys' underpants, briefs, nightshirts, pajamas, bathrobes, dressing gowns and similar articles, knitted or crocheted<br><br>    **Subheading: 99.90:** Other, Of other textile materials, Other |
| 72 | **Heading: 6112:** Track suits, ski-suits and swimwear, knitted or crocheted<br><br>    **Subheading: 41.00:** Women's or girls' swimwear, Of synthetic fibers | **Heading: 6112:** Track suits, ski-suits and swimwear, knitted or crocheted<br><br>    **Subheading: 31.00:** Men's or boys' swimwear, Of synthetic fibers |
| 73 | **Heading: 6202:** Women's or girls' overcoats, carcoats, capes, cloaks, anoraks (including ski-jackets), windbreakers and similar articles (including padded, sleeveless jackets), other than those of heading 6204<br><br>    **Subheading: 12.20:** Overcoats, carcoats, capes, cloaks and similar coats, Of cotton, Other | **Heading: 6201:** Men's or boys' overcoats, carcoats, capes, cloaks, anoraks (including ski-jackets), windbreakers and similar articles (including padded, sleeveless jackets), other than those of heading 6203<br><br>    **Subheading: 12.20:** Overcoats, carcoats, capes, cloaks and similar coats, Of cotton, Other |

| | | |
|---|---|---|
| 74 | **Heading: 6202:** Women's or girls' overcoats, carcoats, capes, cloaks, anoraks (including ski-jackets), windbreakers and similar articles (including padded, sleeveless jackets), other than those of heading 6204<br><br>**Subheading: 13.30:** Overcoats, carcoats, capes, cloaks and similar coats, Of man-made fibers, Other, Containing 36 percent or more by weight of wool or fine animal hair | **Heading: 6201:** Men's or boys' overcoats, carcoats, capes, cloaks, anoraks (including ski-jackets), windbreakers and similar articles (including padded, sleeveless jackets), other than those of heading 6203<br><br>**Subheading: 13.30:** Overcoats, carcoats, capes, cloaks and similar coats, Of man-made fibers, Other, Containing 36 percent or more by weight of wool or fine animal hair |
| 75 | **Heading: 6202:** Women's or girls' overcoats, carcoats, capes, cloaks, anoraks (including ski-jackets), windbreakers and similar articles (including padded, sleeveless jackets), other than those of heading 6204<br><br>**Subheading: 91.20:** Anoraks (including ski-jackets), windbreakers and similar articles (including padded, sleeveless jackets), Of wool or fine animal hair, Other | **Heading: 6201:** Men's or boys' overcoats, carcoats, capes, cloaks, anoraks (including ski-jackets), windbreakers and similar articles (including padded, sleeveless jackets), other than those of heading 6203<br><br>**Subheading: 91.20:** Anoraks (including ski-jackets), windbreakers and similar articles (including padded, sleeveless jackets), Of wool or fine animal hair, Other |

| | | |
|---|---|---|
| 76 | **Heading: 6202:** Women's or girls' overcoats, carcoats, capes, cloaks, anoraks (including ski-jackets), windbreakers and similar articles (including padded, sleeveless jackets), other than those of heading 6204<br><br>**Subheading: 92.20:** Anoraks (including ski-jackets), windbreakers and similar articles (including padded, sleeveless jackets), Of cotton, Other, Other | **Heading: 6201:** Men's or boys' overcoats, carcoats, capes, cloaks, anoraks (including ski-jackets), windbreakers and similar articles (including padded, sleeveless jackets), other than those of heading 6203<br><br>**Subheading: 92.20:** Anoraks (including ski-jackets), windbreakers and similar articles (including padded, sleeveless jackets), Of cotton, Other, Other |
| 77 | **Heading: 6202:** Women's or girls' overcoats, carcoats, capes, cloaks, anoraks (including ski-jackets), windbreakers and similar articles (including padded, sleeveless jackets), other than those of heading 6204<br><br>**Subheading: 99.90:** Anoraks (including ski-jackets), windbreakers and similar articles (including padded, sleeveless jackets), Of other textile materials, Other | **Heading: 6201:** Men's or boys' overcoats, carcoats, capes, cloaks, anoraks (including ski-jackets), windbreakers and similar articles (including padded, sleeveless jackets), other than those of heading 6203<br><br>**Subheading: 99.90:** Anoraks (including ski-jackets), windbreakers and similar articles (including padded, sleeveless jackets), Of other textile materials, Other |
| 78 | **Heading: 6204:** Women's or girl's suits, ensembles, suit-type jackets, blazers, dresses, skirts, divided skirts, trousers, bib and brace overalls, breeches and shorts (other than swimwear)<br><br>**Subheading: 11.00:** Suits, Of wool or fine animal hair | **Heading: 6203:** Men's or boy's suits, ensembles, suit-type jackets, blazers, trousers, bib and brace overalls, breeches and shorts (other than swimwear)<br><br>**Subheading: 11.60:** Suits, Of wool or fine animal hair, Other, Of worsted wool fabric, made of wool yam having an average fiber diameter of 18.5 microns or less |

| | | |
|---|---|---|
| 79 | **Heading: 6204:** Women's or girl's suits, ensembles, suit-type jackets, blazers, dresses, skirts, divided skirts, trousers, bib and brace overalls, breeches and shorts (other than swimwear)<br><br>**Subheading: 11.00:** Suits, Of wool or fine animal hair | **Heading: 6203:** Men's or boy's suits, ensembles, suit-type jackets, blazers, trousers, bib and brace overalls, breeches and shorts (other than swimwear)<br><br>**Subheading: 11.90:** Suits, Of wool or fine animal hair, Other, Other |
| 80 | **Heading: 6204:** Women's or girl's suits, ensembles, suit-type jackets, blazers, dresses, skirts, divided skirts, trousers, bib and brace overalls, breeches and shorts (other than swimwear)<br><br>**Subheading: 13.10:** Suits, Of synthetic fibers, Containing 36 percent or more by weight of wool or fine animal hair | **Heading: 6203:** Men's or boy's suits, ensembles, suit-type jackets, blazers, trousers, bib and brace overalls, breeches and shorts (other than swimwear)<br><br>**Subheading: 12.10:** Suits, Of synthetic fibers, Containing 36 percent or more by weight of wool or fine animal hair |
| 81 | **Heading: 6204:** Women's or girl's suits, ensembles, suit-type jackets, blazers, dresses, skirts, divided skirts, trousers, bib and brace overalls, breeches and shorts (other than swimwear)<br><br>**Subheading: 19.10:** Suits, Of other textile materials, Of artificial fibers, Containing 36 percent or more by weight of wool or fine animal hair | **Heading: 6203:** Men's or boy's suits, ensembles, suit-type jackets, blazers, trousers, bib and brace overalls, breeches and shorts (other than swimwear)<br><br>**Subheading: 19.20:** Suits, Of other textile materials, Of artificial fibers, Containing 36 percent or more by weight of wool or fine animal hair |

| | | |
|---|---|---|
| 82 | **Heading: 6204:** Women's or girl's suits, ensembles, suit-type jackets, blazers, dresses, skirts, divided skirts, trousers, bib and brace overalls, breeches and shorts (other than swimwear)<br><br>**Subheading: 19.40:** Suits, Of other textile materials, Containing 70 percent or more by weight of silk or silk waste | **Heading: 6203:** Men's or boy's suits, ensembles, suit-type jackets, blazers, trousers, bib and brace overalls, breeches and shorts (other than swimwear)<br><br>**Subheading: 19.50:** Suits, Of other textile materials, Containing 70 percent or more by weight of silk or silk waste |
| 83 | **Heading: 6204:** Women's or girl's suits, ensembles, suit-type jackets, blazers, dresses, skirts, divided skirts, trousers, bib and brace overalls, breeches and shorts (other than swimwear)<br><br>**Subheading: 19.80:** Suits, Of other textile materials, Other | **Heading: 6203:** Men's or boy's suits, ensembles, suit-type jackets, blazers, trousers, bib and brace overalls, breeches and shorts (other than swimwear)<br><br>**Subheading: 19.90:** Suits, Of other textile materials, Other |
| 84 | **Heading: 6204:** Women's or girl's suits, ensembles, suit-type jackets, blazers, dresses, skirts, divided skirts, trousers, bib and brace overalls, breeches and shorts (other than swimwear)<br><br>**Subheading: 39.80:** Suit-type jackets and blazers, Of other textile materials, Other, Other | **Heading: 6203:** Men's or boy's suits, ensembles, suit-type jackets, blazers, trousers, bib and brace overalls, breeches and shorts (other than swimwear)<br><br>**Subheading: 39.90:** Suit-type jackets and blazers, Of other textile materials, Other |

| | | |
|---|---|---|
| 85 | **Heading: 6204:** Women's or girl's suits, ensembles, suit-type jackets, blazers, dresses, skirts, divided skirts, trousers, bib and brace overalls, breeches and shorts (other than swimwear)<br><br>**Subheading: 61.90:** Trousers, bib and brace overalls, breeches and shorts, Of wool or fine animal hair, Other | **Heading: 6203:** Men's or boy's suits, ensembles, suit-type jackets, blazers, trousers, bib and brace overalls, breeches and shorts (other than swimwear)<br><br>**Subheading: 41.12:** Trousers, bib and brace overalls, breeches and shorts, Of wool or fine animal hair, Trousers, breeches and shorts, Other, Trousers of worsted wool fabric, made of wool yam having an average fiber diameter of 18.5 microns or less |
| 86 | **Heading: 6204:** Women's or girl's suits, ensembles, suit-type jackets, blazers, dresses, skirts, divided skirts, trousers, bib and brace overalls, breeches and shorts (other than swimwear)<br><br>**Subheading: 61.90:** Trousers, bib and brace overalls, breeches and shorts, Of wool or fine animal hair, Other | **Heading: 6203:** Men's or boy's suits, ensembles, suit-type jackets, blazers, trousers, bib and brace overalls, breeches and shorts (other than swimwear)<br><br>**Subheading: 41.18:** Trousers, bib and brace overalls, breeches and shorts, Of wool or fine animal hair, Trousers, breeches and shorts, Other, Other |
| 87 | **Heading: 6204:** Women's or girl's suits, ensembles, suit-type jackets, blazers, dresses, skirts, divided skirts, trousers, bib and brace overalls, breeches and shorts (other than swimwear)<br><br>**Subheading: 62.20:** Trousers, bib and brace overalls, breeches and shorts, Of cotton, Other, Bib and brace overalls | **Heading: 6203:** Men's or boy's suits, ensembles, suit-type jackets, blazers, trousers, bib and brace overalls, breeches and shorts (other than swimwear)<br><br>**Subheading: 42.20:** Trousers, bib and brace overalls, breeches and shorts, Of cotton, Other, Bib and brace overalls |

| | | |
|---|---|---|
| 88 | **Heading: 6204:** Women's or girl's suits, ensembles, suit-type jackets, blazers, dresses, skirts, divided skirts, trousers, bib and brace overalls, breeches and shorts (other than swimwear)<br><br>**Subheading: 63.25:** Trousers, bib and brace overalls, breeches and shorts, Of synthetic fibers, Other, Other, Containing 36 percent or more by weight of wool or fine animal hair | **Heading: 6203:** Men's or boy's suits, ensembles, suit-type jackets, blazers, trousers, bib and brace overalls, breeches and shorts (other than swimwear)<br><br>**Subheading: 43.30:** Trousers, bib and brace overalls, breeches and shorts, Of synthetic fibers, Other, Other, Containing 36 percent or more by weight of wool or fine animal hair |
| 89 | **Heading: 6204:** Women's or girl's suits, ensembles, suit-type jackets, blazers, dresses, skirts, divided skirts, trousers, bib and brace overalls, breeches and shorts (other than swimwear)<br><br>**Subheading: 69.20:** Trousers, bib and brace overalls, breeches and shorts, Of artificial fibers, Trousers, breeches and shorts, Containing 36 percent or more by weight of wool or fine animal hair | **Heading: 6203:** Men's or boy's suits, ensembles, suit-type jackets, blazers, trousers, bib and brace overalls, breeches and shorts (other than swimwear)<br><br>**Subheading: 49.2005:** Trousers, bib and brace overalls, breeches and shorts, Of other textile materials, Of artificial fibers, Trousers, breeches and shorts, Other, Containing 36 percent or more by weight of wool or fine animal hair |
| 90 | **6206:** Women's or girl's blouses, shirts, and short-blouses<br><br>**Subheading: 30.30:** Of cotton, Other, Other | **Heading: 6205:** Men's or boy's shirts<br><br>**Subheading: 20.20:** Of cotton, Other |
| 91 | **6206:** Women's or girl's blouses, shirts, and short-blouses<br><br>**Subheading: 20.30:** Of wool or fine animal hair, Other, Other | **Heading: 6205:** Men's or boy's shirts<br><br>**Subheading: 90.07:** Of other textile materials, Of wool or fine animal hair, Other |

| | | |
|---|---|---|
| 92 | **6206:** Women's or girl's blouses, shirts, and short-blouses<br><br>**Subheading: 20.20:** Of wool or fine animal hair, Other, Containing 30 percent or more by weight of silk or silk waste | **Heading: 6205:** Men's or boy's shirts<br><br>**Subheading: 90.07:** Of other textile materials, Of wool or fine animal hair, Other |
| 93 | **6206:** Women's or girl's blouses, shirts, and short-blouses<br><br>**Subheading: 10.00:** Of silk or silk waste | **Heading: 6205:** Men's or boy's shirts<br><br>**Subheading: 90.30:** Of other textile materials, Of silk or silk waste, Other |
| 94 | **Heading: 6208:** Women's or girls' singlets and other undershirts, slips, petticoats, briefs, panties, nightdresses, pajamas, negligees, bathrobes, dressing gowns, and similar articles<br><br>**Subheading: 99.3020:** Other, Of other textile materials, Of silk or silk waste, Containing 70 percent or more by weight of silk or silk waste, Other | **Heading: 6207:** Men's or boys' singlets and other undershirts, underpants, briefs, nightshirts, pajamas, bathrobes, dressing gowns, and similar articles<br><br>**Subheading: 19.10:** Underpants and briefs, Of other textile materials, Containing 70 percent or more by weight of silk or silk waste |
| 95 | **Heading: 6208:** Women's or girls' singlets and other undershirts, slips, petticoats, briefs, panties, nightdresses, pajamas, negligees, bathrobes, dressing gowns, and similar articles<br><br>**Subheading: 99.2020:** Other, Of other textile materials, Of wool or fine animal hair, Other | **Heading: 6207:** Men's or boys' singlets and other undershirts, underpants, briefs, nightshirts, pajamas, bathrobes, dressing gowns, and similar articles<br><br>**Subheading: 19.9030:** Underpants and briefs, Of other textile materials, Other, Other |

| | | |
|---|---|---|
| 96 | **Heading: 6208:** Women's or girls' singlets and other undershirts, slips, petticoats, briefs, panties, nightdresses, pajamas, negligees, bathrobes, dressing gowns, and similar articles<br><br>**Subheading: 99.5020:** Other, Of other textile materials, Of silk or silk waste, Other, Other | **Heading: 6207:** Men's or boys' singlets and other undershirts, underpants, briefs, nightshirts, pajamas, bathrobes, dressing gowns, and similar articles<br><br>**Subheading: 19.9030:** Underpants and briefs, Of other textile materials, Other, Other |
| 97 | **Heading: 6208:** Women's or girls' singlets and other undershirts, slips, petticoats, briefs, panties, nightdresses, pajamas, negligees, bathrobes, dressing gowns, and similar articles<br><br>**Subheading: 99.8020:** Other, Of other textile materials, Other, Other | **Heading: 6207:** Men's or boys' singlets and other undershirts, underpants, briefs, nightshirts, pajamas, bathrobes, dressing gowns, and similar articles<br><br>**Subheading: 19.9030:** Underpants and briefs, Of other textile materials, Other, Other |
| 98 | **Heading: 6208:** Women's or girls' singlets and other undershirts, slips, petticoats, briefs, panties, nightdresses, pajamas, negligees, bathrobes, dressing gowns, and similar articles<br><br>**Subheading: 91.10:** Other, Of cotton, Bathrobes, dress gowns and similar articles | **Heading: 6207:** Men's or boys' singlets and other undershirts, underpants, briefs, nightshirts, pajamas, bathrobes, dressing gowns, and similar articles<br><br>**Subheading: 91.10:** Other, Of cotton, Bathrobes, dress gowns and similar articles |

| | | |
|---|---|---|
| 99 | **Heading: 6208:** Women's or girls' singlets and other undershirts, slips, petticoats, briefs, panties, nightdresses, pajamas, negligees, bathrobes, dressing gowns, and similar articles<br><br>   **Subheading: 99.8010:** Other, Of other textile materials, Other, Bathrobes, dress gowns and similar articles | **Heading: 6207:** Men's or boys' singlets and other undershirts, underpants, briefs, nightshirts, pajamas, bathrobes, dressing gowns, and similar articles<br><br>   **Subheading: 99.9010:** Other, Of other textile materials, Other, Bathrobes, dress gowns and similar articles |
| 100 | **Heading: 6208:** Women's or girls' singlets and other undershirts, slips, petticoats, briefs, panties, nightdresses, pajamas, negligees, bathrobes, dressing gowns, and similar articles<br><br>   **Subheading: 99.8020:** Other, Of other textile materials, Other, Other | **Heading: 6207:** Men's or boys' singlets and other undershirts, underpants, briefs, nightshirts, pajamas, bathrobes, dressing gowns, and similar articles<br><br>   **Subheading: 99.9040:** Other, Of other textile materials, Other, Other |
| 101 | **Heading: 6211:** Track suits, ski-suits and swimwear; other garments<br><br>   **Subheading: 12.10:** Swimwear, Women's or girls', Of man-made fibers | **Heading: 6211:** Track suits, ski-suits and swimwear; other garments<br><br>   **Subheading: 11.10:** Swimwear, Men's or boys', Of man-made fibers |
| 102 | **Heading: 6211:** Track suits, ski-suits and swimwear; other garments<br><br>   **Subheading: 12.40:** Swimwear, Women's or girls', Containing 70 percent or more by weight of silk or silk waste | **Heading: 6211:** Track suits, ski-suits and swimwear; other garments<br><br>   **Subheading: 11.40:** Swimwear, Men's or boys', Containing 70 percent or more by weight of silk or silk waste |

| | | |
|---|---|---|
| 103 | **Heading: 6403:** Footwear with outer soles of rubber, plastics, leather or composition leather and uppers of leather<br><br>**Subheading: 19.70:** Sports footwear, Other, For other persons, Other | **Heading: 6403:** Footwear with outer soles of rubber, plastics, leather or composition leather and uppers of leather<br><br>**Subheading: 19.40:** Sports footwear, Other, For men, youths and boys, Other, Other |
| 104 | **Heading: 6403:** Footwear with outer soles of rubber, plastics, leather or composition leather and uppers of leather<br><br>**Subheading: 99.75:** Other footwear, Other, Other, Other, Other, For other persons, Valued not over $2.50 | **Heading: 6403:** Footwear with outer soles of rubber, plastics, leather or composition leather and uppers of leather<br><br>**Subheading: 99.60:** Other footwear, Other, Other, Other, For men, youths, and boys |
| 105 | **Heading: 4203:** Articles of apparel and clothing accessories, of leather or of composition leather<br><br>**Subheading: 29.4000:** Gloves, mittens and mitts, Other, Other, Other, For other persons, Not lined | **Heading: 4203:** Articles of apparel and clothing accessories, of leather or of composition leather<br><br>**Subheading: 29.3010:** Gloves, mittens and mitts, Other, Other, Other, Men's, Not lined |
| 106 | **Heading: 4203:** Articles of apparel and clothing accessories, of leather or of composition leather<br><br>**Subheading: 29.5000:** Gloves, mittens and mitts, Other, Other, Other, For other persons, Lined | **Heading: 4203:** Articles of apparel and clothing accessories, of leather or of composition leather<br><br>**Subheading: 29.3020:** Gloves, mittens and mitts, Other, Other, Other, Men's, Lined |

| | | |
|---|---|---|
| 107 | **Heading: 6202:** Women's or girls' overcoats, carcoats, capes, cloaks, anoraks (including ski-jackets), windbreakers and similar articles (including padded, sleeveless jackets), other than those of heading 6204<br><br>**Subheading: 93.4011:** Anoraks (including ski-jackets), windbreakers, and similar articles (including padded, sleeveless jackets), Of man-made fibers, Other, Other, Containing 36 percent or more by weight of wool or fine animal hair, Women's | **Heading: 6201:** Men's or boys' overcoats, carcoats, capes, cloaks, anoraks (including ski-jackets), windbreakers and similar articles (including padded, sleeveless jackets), other than those of heading 6203<br><br>**Subheading: 93.2511:** Anoraks (including ski-jackets), windbreakers, and similar articles (including padded, sleeveless jackets), Of man-made fibers, Other, Other, Containing 36 percent or more by weight of wool or fine animal hair, Men's |
| 108 | **Heading: 6204:** Women's or girl's suits, ensembles, suit-type jackets, blazers, dresses, skirts, divided skirts, trousers, bib and brace overalls, breeches and shorts (other than swimwear)<br><br>**Subheading: 13.2010:** Suits, Of synthetic fibers, Other, Women's | **Heading: 6203:** Men's or boy's suits, ensembles, suit-type jackets, blazers, trousers, bib and brace overalls, breeches and shorts (other than swimwear)<br><br>**Subheading: 12.2010:** Suits, Of synthetic fibers, Other, Men's |
| 109 | **Heading: 6204:** Women's or girl's suits, ensembles, suit-type jackets, blazers, dresses, skirts, divided skirts, trousers, bib and brace overalls, breeches and shorts (other than swimwear)<br><br>**Subheading: 33.40:** Suit-type jackets and blazers, Of synthetic fibers, Containing 36 percent or more by weight of wool or fine animal hair | **Heading: 6203:** Men's or boy's suits, ensembles, suit-type jackets, blazers, trousers, bib and brace overalls, breeches and shorts (other than swimwear)<br><br>**Subheading: 33.10:** Suit-type jackets and blazers, Of synthetic fibers, Containing 36 percent or more by weight of wool or fine animal hair |

| | | |
|---|---|---|
| 110 | **6206:** Women's or girl's blouses, shirts, and short-blouses<br><br>    **Subheading: 40.30:** Of man-made fibers, Other, Other | **Heading: 6205:** Men's or boy's shirts<br><br>    **Subheading: 30.20:** Of man-made fibers, Other, Other |
| 111 | **Heading: 6202:** Women's or girls' overcoats, carcoats, capes, cloaks, anoraks (including ski-jackets), windbreakers and similar articles (including padded, sleeveless jackets), other than those of heading 6204<br><br>    **Subheading: 93.4011:** Anoraks (including ski-jackets), windbreakers, and similar articles (including padded, sleeveless jackets), Of man-made fibers, Other, Other, Containing 36 percent or more by weight of wool or fine animal hair, Women's | **Heading: 6201:** Men's or boys' overcoats, carcoats, capes, cloaks, anoraks (including ski-jackets), windbreakers and similar articles (including padded, sleeveless jackets), other than those of heading 6203<br><br>    **Subheading: 93.2511:** Anoraks (including ski-jackets), windbreakers, and similar articles (including padded, sleeveless jackets), Of man-made fibers, Other, Other, Containing 36 percent or more by weight of wool or fine animal hair, Men's |
| 112 | **Heading: 6204:** Women's or girl's suits, ensembles, suit-type jackets, blazers, dresses, skirts, divided skirts, trousers, bib and brace overalls, breeches and shorts (other than swimwear)<br><br>    **Subheading: 13.2010:** Suits, Of synthetic fibers, Other, Women's | **Heading: 6203:** Men's or boy's suits, ensembles, suit-type jackets, blazers, trousers, bib and brace overalls, breeches and shorts (other than swimwear)<br><br>    **Subheading: 12.2010:** Suits, Of synthetic fibers, Other, Men's |

| | | |
|---|---|---|
| 113 | **Heading: 6204:** Women's or girl's suits, ensembles, suit-type jackets, blazers, dresses, skirts, divided skirts, trousers, bib and brace overalls, breeches and shorts (other than swimwear)<br><br>**Subheading: 33.40:** Suit-type jackets and blazers, Of synthetic fibers, Containing 36 percent or more by weight of wool or fine animal hair | **Heading: 6203:** Men's or boy's suits, ensembles, suit-type jackets, blazers, trousers, bib and brace overalls, breeches and shorts (other than swimwear)<br><br>**Subheading: 33.10:** Suit-type jackets and blazers, Of synthetic fibers, Containing 36 percent or more by weight of wool or fine animal hair |
| 114 | **Heading: 6206:** Women's or girl's blouses, shirts, and short-blouses<br><br>**Subheading: 40.30:** Of man-made fibers, Other, Other | **Heading: 6205:** Men's or boy's shirts<br><br>**Subheading: 30.20:** Of man-made fibers, Other, Other |
| | <mark>**Discrimination Against Females and/or Males based on Age**</mark> | |
| | <u>**Baby Products**</u> | <u>**Female/Male Imports**</u> |
| 115 | **Heading: 6111:** Babies' garments and clothing accessories, knitted or crocheted<br><br>**Subheading: 90.10:** Of other textile material, Of artificial fibers, Trousers, breeches and shorts, except those imported as parts of sets | **Heading: 6103:** Men's or boy's suits, ensembles, suit-type jackets, blazers, trousers, bib and brace overalls, breeches and shorts (other than swimwear), knitted or crocheted<br><br>**Subheading: 49.10:** Trousers, bib and brace overalls, breeches and shorts, Of other textile materials, Of artificial fibers, Trousers, breeches and shorts |

| | | |
|---|---|---|
| 116 | **Heading: 6111:** Babies' garments and clothing accessories, knitted or crocheted<br><br>**Subheading: 90.10:** Of other textile material, Of artificial fibers, Trousers, breeches and shorts, except those imported as parts of sets | **Heading: 6104:** Women's or girl's suits, ensembles, suit-type jackets, blazers, dresses, skirts, divided skirts, trousers, bib and brace overalls, breeches and shorts (other than swimwear), knitted or crocheted<br><br>**Subheading: 69.20:** Trousers, bib and brace overalls, breeches and shorts, Of other textile materials, Of artificial fibers, Trousers, breeches and shorts |
| 117 | **Heading: 6111:** Babies' garments and clothing accessories, knitted or crocheted<br><br>**Subheading: 90.20:** Of other textile material, Of artificial fibers, Blouses and shirts, except those imported as parts of sets | **Heading: 6105:** Men's or boy's shirts, knitted or crocheted<br><br>**Subheading: 20.20:** Of man-made fibers, Other |
| 118 | **Heading: 6111:** Babies' garments and clothing accessories, knitted or crocheted<br><br>**Subheading: 90.20:** Of other textile material, Of artificial fibers, Blouses and shirts, except those imported as parts of sets | **Heading: 6106:** Women's or girl's blouses, and shirts, knitted or crocheted<br><br>**Subheading: 20.20:** Of man-made fibers, Other |

| | | |
|---|---|---|
| 119 | **Heading: 6111:** Babies' garments and clothing accessories, knitted or crocheted<br><br>**Subheading: 20.20:** Of cotton, T-shirts, singlets and similar garments, except those imported as parts of sets | **Heading: 6109:** T-shirts, singlets, tank tops and similar garments, knitted or crocheted<br><br>**Subheading: 10.00:** Of cotton |
| 120 | **Heading: 6111:** Babies' garments and clothing accessories, knitted or crocheted<br><br>**Subheading: 90.30:** Of other textile material, Of artificial fibers, T-shirts, singlets and similar garments, except those imported as parts of sets | **Heading: 6109:** T-shirts, singlets, tank tops and similar garments, knitted or crocheted<br><br>**Subheading: 90.10:** Of other textile material, Of man-made fibers |
| 121 | **Heading: 6111:** Babies' garments and clothing accessories, knitted or crocheted<br><br>**Subheading: 90.70:** Of other textile material, Containing 70 percent or more by weight of silk or silk waste | **Heading: 6109:** T-shirts, singlets, tank tops and similar garments, knitted or crocheted<br><br>**Subheading: 90.40:** Of other textile material, Containing 70 percent or more by weight of silk or silk waste |
| 122 | **Heading: 6111:** Babies' garments and clothing accessories, knitted or crocheted<br><br>**Subheading: 90.90:** Of other textile material, Other | **Heading: 6109:** T-shirts, singlets, tank tops and similar garments, knitted or crocheted<br><br>**Subheading: 90.80:** Of other textile material, Other |

| | | |
|---|---|---|
| 123 | **Heading: 6111:** Babies' garments and clothing accessories, knitted or crocheted<br><br>**Subheading: 90.0510:** Of other textile material, Of wool or fine animal hair, Sweaters, pullovers, sweatshirts, waistcoats (vests) and similar articles | **Heading: 6110:** Sweaters, pullovers, sweatshirts, waistcoats (vests) and similar articles, knitted or crocheted<br><br>**Subheading: 11.00:** Of wool or fine animal hair, Of wool |
| 124 | **Heading: 6111:** Babies' garments and clothing accessories, knitted or crocheted<br><br>**Subheading: 90.0510:** Of other textile material, Of wool or fine animal hair, Sweaters, pullovers, sweatshirts, waistcoats (vests) and similar articles | **Heading: 6110:** Sweaters, pullovers, sweatshirts, waistcoats (vests) and similar articles, knitted or crocheted<br><br>**Subheading: 12.20:** Of wool or fine animal hair, Of Kashmir, Other |
| 125 | **Heading: 6111:** Babies' garments and clothing accessories, knitted or crocheted<br><br>**Subheading: 90.0510:** Of other textile material, Of wool or fine animal hair, Sweaters, pullovers, sweatshirts, waistcoats (vests) and similar articles | **Heading: 6110:** Sweaters, pullovers, sweatshirts, waistcoats (vests) and similar articles, knitted or crocheted<br><br>**Subheading: 19.00:** Of wool or fine animal hair, Other |
| 126 | **Heading: 6111:** Babies' garments and clothing accessories, knitted or crocheted<br><br>**Subheading: 20.30:** Of cotton, Sweaters, pullovers, sweatshirts, waistcoats (vests) and similar articles, except those imported as parts of sets | **Heading: 6110:** Sweaters, pullovers, sweatshirts, waistcoats (vests) and similar articles, knitted or crocheted<br><br>**Subheading: 20.20:** Of cotton, Other |

| | | |
|---|---|---|
| 127 | **Heading: 6111:** Babies' garments and clothing accessories, knitted or crocheted<br><br>**Subheading: 30.40:** Of synthetic fibers, Sweaters, pullovers, sweatshirts, waistcoats (vests) and similar articles, except those imported as parts of sets | **Heading: 6110:** Sweaters, pullovers, sweatshirts, waistcoats (vests) and similar articles, knitted or crocheted<br><br>**Subheading: 30.30:** Of man-made fibers, Other, Other, Other |
| 128 | **Heading: 6111:** Babies' garments and clothing accessories, knitted or crocheted<br><br>**Subheading: 90.40:** Of other textile materials, Of artificial fibers, Sweaters, pullovers, sweatshirts, waistcoats (vests) and similar articles, except those imported as parts of sets | **Heading: 6110:** Sweaters, pullovers, sweatshirts, waistcoats (vests) and similar articles, knitted or crocheted<br><br>**Subheading: 30.30:** Of man-made fibers, Other, Other, Other |
| 129 | **Heading: 6111:** Babies' garments and clothing accessories, knitted or crocheted<br><br>**Subheading: 90.90:** Of other textile materials, Other | **Heading: 6110:** Sweaters, pullovers, sweatshirts, waistcoats (vests) and similar articles, knitted or crocheted<br><br>**Subheading: 90.9020:** Of other textile materials, Other, Sweaters for men or boys, Other, Of silk, Other |
| 130 | **Heading: 6111:** Babies' garments and clothing accessories, knitted or crocheted<br><br>**Subheading: 90.90:** Of other textile materials, Other | **Heading: 6110:** Sweaters, pullovers, sweatshirts, waistcoats (vests) and similar articles, knitted or crocheted<br><br>**Subheading: 90.9024:** Of other textile materials, Other, Sweaters for men or boys, Other, Other, Other |

| | | |
|---|---|---|
| 131 | **Heading: 6111:** Babies' garments and clothing accessories, knitted or crocheted<br><br>    **Subheading: 90.90:** Of other textile materials, Other | **Heading: 6110:** Sweaters, pullovers, sweatshirts, waistcoats (vests) and similar articles, knitted or crocheted<br><br>    **Subheading: 90.9038:** Of other textile materials, Other, Sweaters for women or girls, Other, Of silk, Other |
| 132 | **Heading: 6111:** Babies' garments and clothing accessories, knitted or crocheted<br><br>    **Subheading: 90.90:** Of other textile materials, Other | **Heading: 6110:** Sweaters, pullovers, sweatshirts, waistcoats (vests) and similar articles, knitted or crocheted<br><br>    **Subheading: 90.9042:** Of other textile materials, Other, Sweaters for women or girls, Other, Other, Other |
| 133 | **Heading: 6111:** Babies' garments and clothing accessories, knitted or crocheted<br><br>    **Subheading: 90.90:** Of other textile materials, Other | **Heading: 6110:** Sweaters, pullovers, sweatshirts, waistcoats (vests) and similar articles, knitted or crocheted<br><br>    **Subheading: 90.9080:** Of other textile materials, Other, Other, Subject to man-made fiber, Men's or boys', Other |
| 134 | **Heading: 6111:** Babies' garments and clothing accessories, knitted or crocheted<br><br>    **Subheading: 90.90:** Of other textile materials, Other | **Heading: 6110:** Sweaters, pullovers, sweatshirts, waistcoats (vests) and similar articles, knitted or crocheted<br><br>    **Subheading: 90.9088:** Of other textile materials, Other, Other, Other, Men's or boys' |

| | | |
|---|---|---|
| 135 | **Heading: 6111:** Babies' garments and clothing accessories, knitted or crocheted<br><br>    **Subheading: 90.90:** Of other textile materials, Other | **Heading: 6110:** Sweaters, pullovers, sweatshirts, waistcoats (vests) and similar articles, knitted or crocheted<br><br>  **Subheading: 90.9090:** Of other textile materials, Other, Other, Other, Women's or girls' |
| 136 | **Heading: 6111:** Babies' garments and clothing accessories, knitted or crocheted<br><br>    **Subheading: 20.6050:** Of cotton, Other, Other, Other, Babies' socks and booties | **Heading: 6115:** Panty hose, tights, stockings, socks and other hosiery, including stockings for varicose veins, and footwear without applied soles, knitted or crocheted<br><br>    **Subheading: 95.90:** Other, Of cotton, Other |
| 137 | **Heading: 6111:** Babies' garments and clothing accessories, knitted or crocheted<br><br>    **Subheading: 90.70:** Of other textile materials, Containing 70 percent or more by weight or silk or silk waste | **Heading: 6115:** Panty hose, tights, stockings, socks and other hosiery, including stockings for varicose veins, and footwear without applied soles, knitted or crocheted<br><br>    **Subheading: 99.40:** Other, Of other textile materials, Containing 70 percent or more by weight or silk or silk waste |
| 138 | **Heading: 6111:** Babies' garments and clothing accessories, knitted or crocheted<br><br>    **Subheading: 90.90:** Of other textile materials, Other | **Heading: 6115:** Panty hose, tights, stockings, socks and other hosiery, including stockings for varicose veins, and footwear without applied soles, knitted or crocheted<br><br>    **Subheading: 99.90:** Other, Of other textile materials, Other |

| | | |
|---|---|---|
| 139 | **Heading: 6209:** Babies' garments and clothing accessories<br><br>   **Subheading: 20.30:** Of cotton, Other, Trousers, breeches and shorts, except for those imported as parts of sets | **Heading: 6203:** Men's or boy's suits, ensembles, suit-type jackets, blazers, trousers, bib and brace overalls, breeches and shorts (other than swimwear)<br><br>   **Subheading: 42.10:** Trousers, bib and brace overalls, breeches and shorts, Of cotton, Containing 15 percent or more by weight of down and waterfowl plumage and of which down comprises 35 percent or more by weight; containing 10 percent or more by weight of down |
| 140 | **Heading: 6209:** Babies' garments and clothing accessories<br><br>   **Subheading: 90.20:** Of other textile materials, Of artificial fibers, Trousers, breeches and shorts, except for those imported as parts of sets | **Heading: 6203:** Men's or boy's suits, ensembles, suit-type jackets, blazers, trousers, bib and brace overalls, breeches and shorts (other than swimwear)<br><br>   **Subheading: 49.20:** Trousers, bib and brace overalls, breeches and shorts, Of other textile materials, Of artificial fibers, Trousers, breeches and shorts, Other |
| 141 | **Heading: 6209:** Babies' garments and clothing accessories<br><br>   **Subheading: 20.30:** Of cotton, Other, Trousers, breeches and shorts, except for those imported as parts of sets | **Heading: 6204:** Women's or girl's suits, ensembles, suit-type jackets, blazers, dresses, skirts, divided skirts, trousers, bib and brace overalls, breeches and shorts (other than swimwear)<br><br>   **Subheading: 62.40:** Trousers, bib and brace overalls, breeches and shorts, Of cotton, Other, Other, Other |

| | | |
|---|---|---|
| 142 | **Heading: 6209:** Babies' garments and clothing accessories<br><br>**Subheading: 90.20:** Of other textile materials, Of artificial fibers, Trousers, breeches and shorts, except for those imported as parts of sets | **Heading: 6204:** Women's or girl's suits, ensembles, suit-type jackets, blazers, dresses, skirts, divided skirts, trousers, bib and brace overalls, breeches and shorts (other than swimwear)<br><br>**Subheading: 69.25:** Trousers, bib and brace overalls, breeches and shorts, Of artificial fibers, Trousers, breeches and shorts, Other |
| 143 | **Heading: 6209:** Babies' garments and clothing accessories<br><br>**Subheading: 20.20:** Of cotton, Blouses and shirts, except for those imported as parts of sets | **Heading: 6205:** Men's or boy's shirts<br><br>**Subheading: 20.20:** Of cotton, Other |
| 144 | **Heading: 6209:** Babies' garments and clothing accessories<br><br>**Subheading: 30.10:** Of synthetic fibers, Blouses and shirts, except for those imported as parts of sets<br><br>AND<br><br>**Heading: 6209:** Babies' garments and clothing accessories<br><br>**Subheading: 90.10:** Of other textile materials, Of artificial fibers, Blouses and shirts, except for those imported as parts of sets | **Heading: 6205:** Men's or boy's shirts<br><br>**Subheading: 30.20:** Of man-made fibers, Other, Other |

| | | |
|---|---|---|
| 145 | **Heading: 6209:** Babies' garments and clothing accessories<br><br>**Subheading: 20.20:** Of cotton, Blouses and shirts, except for those imported as parts of sets | **Heading: 6206:** Women's or girl's blouses, shirts, and short-blouses<br><br>**Subheading: 30.30:** Of cotton, Other, Other |
| 146 | **Heading: 6209:** Babies' garments and clothing accessories<br><br>**Subheading: 30.10:** Of synthetic fibers, Blouses and shirts, except for those imported as parts of sets<br><br>AND<br><br>**Heading: 6209:** Babies' garments and clothing accessories<br><br>**Subheading: 90.10:** Of other textile materials, Of artificial fibers, Blouses and shirts, except for those imported as parts of sets | **Heading: 6206:** Women's or girl's blouses, shirts, and short-blouses<br><br>**Subheading: 40.30:** Of man-made fibers, Other, Other |
| 147 | **Heading: 6111:** Babies' garments and clothing accessories, knitted or crocheted<br><br>**Subheading: 90.0530:** Of other textile material, Of wool or fine animal hair, Other | **Heading: 6115:** Panty hose, tights, stockings, socks and other hosiery, including stockings for varicose veins, and footwear without applied soles, knitted or crocheted<br><br>**Subheading: 94.00:** Other, Of wool or fine animal hair |

| | | |
|---|---|---|
| 148 | **Heading: 6111:** Babies' garments and clothing accessories, knitted or crocheted<br><br>**Subheading: 30.5050:** Of synthetic fibers, Other, Other, Babies' socks and booties | **Heading: 6115:** Panty hose, tights, stockings, socks and other hosiery, including stockings for varicose veins, and footwear without applied soles, knitted or crocheted<br><br>**Subheading: 96.90:** Other, Of synthetic fibers, Other |
| 149 | **Heading: 6111:** Babies' garments and clothing accessories, knitted or crocheted<br><br>**Subheading: 90.5050:** Of other textile material, Of artificial fibers, Other | **Heading: 6115:** Panty hose, tights, stockings, socks and other hosiery, including stockings for varicose veins, and footwear without applied soles, knitted or crocheted<br><br>**Subheading: 99.19:** Other, Of other textile materials, Of artificial fibers, Other |
| 150 | **Heading: 6209:** Babies' garments and clothing accessories<br><br>**Subheading: 20.10:** Of cotton, Dresses | **Heading: 6204:** Women's or girl's suits, ensembles, suit-type jackets, blazers, dresses, skirts, divided skirts, trousers, bib and brace overalls, breeches and shorts (other than swimwear)<br><br>**Subheading: 42.30:** Dresses, Of cotton, Other, Other |
| 151 | **Heading: 6209:** Babies' garments and clothing accessories<br><br>**Subheading: 30.20:** Of synthetic fibers, Trousers, breeches and shorts, except those imported as parts of sets | **Heading: 6203:** Men's or boy's suits, ensembles, suit-type jackets, blazers, trousers, bib and brace overalls, breeches and shorts (other than swimwear)<br><br>**Subheading: 43.40:** Trousers, bib and brace overalls, breeches and shorts, Of synthetic fibers, Other, Other, Other, Other |

| | | |
|---|---|---|
| 152 | **Heading: 6403:** Footwear with outer soles of rubber, plastics, leather or composition leather and uppers of leather<br><br>**Subheading: 19.50:** Sports footwear, Other, For other persons, Golf Shoes | **Heading: 6403:** Footwear with outer soles of rubber, plastics, leather or composition leather and uppers of leather<br><br>**Subheading: 19.30:** Sports footwear, Other, For men, youths and boys, Other, Golf Shoes |
| 153 | **Heading: 6403:** Footwear with outer soles of rubber, plastics, leather or composition leather and uppers of leather<br><br>**Subheading: 51.90:** Other footwear with outer soles of leather, Covering the ankle, Other, Other, For other persons | **Heading: 6403:** Footwear with outer soles of rubber, plastics, leather or composition leather and uppers of leather<br><br>**Subheading: 51.60:** Other footwear with outer soles of leather, Covering the ankle, Other, Other, For men, youths and boys |
| 154 | **Heading: 6403:** Footwear with outer soles of rubber, plastics, leather or composition leather and uppers of leather<br><br>**Subheading: 59.90:** Other footwear with outer soles of leather, Other, Other, Other, For other persons | **Heading: 6403:** Footwear with outer soles of rubber, plastics, leather or composition leather and uppers of leather<br><br>**Subheading: 59.60:** Other footwear with outer soles of leather, Other, Other, Other, For men, youths, and boys |
| 155 | **Heading: 6403:** Footwear with outer soles of rubber, plastics, leather or composition leather and uppers of leather<br><br>**Subheading: 91.90:** Other footwear, Covering the ankle, Other, Other, For other persons | **Heading: 6403:** Footwear with outer soles of rubber, plastics, leather or composition leather and uppers of leather<br><br>**Subheading: 91.60:** Other footwear, Covering the ankle, Other, Other, For men, youths, and boys |

| | | |
|---|---|---|
| 156 | **Heading: 6403:** Footwear with outer soles of rubber, plastics, leather or composition leather and uppers of leather<br><br>  **Subheading: 99.90:** Other footwear, Other, Other, Other, Other, For other persons, Valued over $2.50 | **Heading: 6403:** Footwear with outer soles of rubber, plastics, leather or composition leather and uppers of leather<br><br>  **Subheading: 99.60:** Other footwear, Other, Other, Other, For men, youths, and boys |
| 157 | **Heading: 6406:** Parts of footwear (including uppers whether or not attached to soles other than outer soles); removable insoles, heel cushions and similar articles; gaiters, leggings and similar articles, and parts thereof<br><br>  **Subheading: 10.10:** Uppers and parts thereof, other than stiffeners, Formed uppers, Of leather or composition leather, For other persons | **Heading: 6406:** Parts of footwear (including uppers whether or not attached to soles other than outer soles); removable insoles, heel cushions and similar articles; gaiters, leggings and similar articles, and parts thereof<br><br>  **Subheading: 10.05:** Uppers and parts thereof, other than stiffeners, Formed uppers, Of leather or composition leather, For men, youths, and boys |